UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAY 10 AM 11:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GERARDO CASANOVA (16),<br><br>　　　　　　　Defendant. | CASE NO. 07CR1408-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21:952, 960 and 963 - Conspiracy to Import Methamphetamine; 21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; 18:1956(h); 18:1956(a)(2)(A),(B)(i) - Money Laundering Conspiracy; Money Laundering and 18:1956(a)(2)(A),(B)(i) and 2 - Money Laundering (8)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 7, 2010

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

ENTERED ON 5/7/10